# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAPAN BOSE, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cv-02033-JAD-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| TRANSWORLD SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Notice of Settlement (#10) filed February 23, 2015, wherein the parties advised the court that this matter had been settled, and that the parties were in the process of finalizing a settlement agreement. To date the parties have not filed dismissal papers. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **April 9, 2015** advising the Court of the status of the settlement.

DATED this 30th day of March, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge