**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada Bar No. 8409
jsc@cogburnlaw.com
2879 St. Rose Parkway, Suite 200
Henderson, Nevada 89052
Tel: (702) 384-3616
Fax: (702) 943-1936
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAPAN BOSE, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>TRANSWORLD SYSTEMS, INC., a Foreign Limited Liability Company; DOES I through X, inclusive; ROE Corporations I through X, inclusive,<br><br>　　　　　　　　Defendant(s). | Case No: 2:14-cv-02033<br><br>**STIPULATION AND ORDER TO DISMISS ALL DEFENDANTS, WITH PREJUDICE** |

　　Plaintiff Tapan Bose, ("Plaintiff"), and Defendants Transworld Systems, INC, ("Defendants"), by and through their respective counsel of record, hereby stipulate to dismiss each of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff causes of action in the instant matter as against Defendants, with prejudice, and that Plaintiff and Defendants shall each be responsible for its own respective fees and costs.

Dated this 1st day of April, 2015                                          Dated this 1st day of April, 2015

**COGBURN LAW OFFICES**                                                **LINCOLN, GUSTAFSON & CERCOS, LLP**

By:/s/ Jamie S. Cogburn, Esq.                                          By: /s/ Shannon G. Splaine, Esq.
   JAMIE S. COGBURN, ESQ.                                                 SHANNON G. SPLAINE, ESQ.
   Nevada State Bar No.: 8409                                             Nevada State Bar No.: 8241
   2879 St. Rose Parkway, Suite 200                                       3960 Howard Hughes Parkway, Ste. 200
   Henderson, Nevada 89052                                                Las Vegas, NV 89169
   *Attorneys for Plaintiff*                                              *Attorneys for Transworld Systems, Inc.*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated:  April 6, 2015.

_____
UNITED STATES DISTRICT JUDGE